UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                      :
JOAN E. CAMPOS JOVEL,                                                 :
                                                                      :
                              Petitioner,                             :
              -v-                                                     :          26-CV-01193
                                                                      :          **ORDER**
PAM BONDI, in her official capacity as Attorney                       :
General; KRISTI NOEM, in her official capacity                        :
as U.S. Secretary of Homeland Security, U.S.                          :
Immigration and Customs Enforcement; TODD                            :
LYONS, in his official capacity as Acting Director,                   :
U.S. Immigration and Customs Enforcement;                            :
WILLIAM P. JOYCE in his official capacity as                          :
Acting Director of New York Field Office,                             :
Enforcement and Removal Operations, U.S.                             :
Immigration and Customs Enforcement; and                             :
RAUL MALDONADO, in his official capacity as                          :
Warden of Metropolitan Detention Center,                             :
                                                                      :
                              Respondents.                            :
                                                                     X
----------------------------------------------------------------------
**NINA R. MORRISON**, United States District Judge:

This case has been assigned to the undersigned for all purposes.

*First*, it is hereby ordered that all parties appear for a conference in Courtroom

6E North on March 10, 2026 at 11:00AM.  Respondents shall coordinate with

Immigration and Customs Enforcement to **ensure that Petitioner is produced to**

**the courthouse for the conference**, and shall inform the Court's deputy if any

court orders are necessary in that regard.

*Second*, Respondents shall submit a letter by **Wednesday, March 4, 2026 at**

**9:00AM** indicating whether the conference is necessary.  In the letter, Respondents

should address:

(1) the statutory provision(s) under which Respondents assert the authority to detain Petitioner;

(2) if the detention authority is asserted under 8 U.S.C. § 1225(b), whether there is any basis to distinguish the asserted grounds for detention in this case from this Court's decision in *Hyppolite v. Noem*, No. 25-CV-4304 (NRM), 2025 WL 2829511 (E.D.N.Y. Oct. 6, 2025). If there is no basis to distinguish this Petition from the Court's analysis in *Hyppolite*, the submission may take the form of a letter so stating, and indicating whether Respondents oppose issuance of the writ, subject to preservation of Respondents' arguments for appeal;

(3) alternatively, if the detention authority is asserted under 8 U.S.C. § 1226(a), whether there is any basis to distinguish the asserted grounds for detention in this case from this Court's decision in *H.A.C.F. v. Francis*, No. 26-CV-00872 (NRM), 2026 WL 482607 (E.D.N.Y. Feb. 20, 2026). Specifically, if authority is asserted under § 1226(a), the submission shall state whether Petitioner was provided, prior to detention, notice and a bond hearing before a neutral magistrate, or whether Petitioner was provided any other such process prior to arrest, and if so, shall provide details as to the nature of said process and, if available, copies of all relevant documentation relating to the Petitioner's arrest and pre-deprivation process. If there is no basis to distinguish this Petition from the Court's analysis in *H.A.C.F.*, the submission may similarly take the form of a letter so stating, and indicating whether Respondents have

2

any other grounds to oppose issuance of the writ, subject to preservation of Respondents' arguments for appeal; and

(4) information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings concerning this Petitioner.

If Respondents take the position that the outcome of this Petition is materially distinguishable from a prior decision of this Court, **Respondents are further ordered to show cause in writing no later than Friday, March 6, 2026 at 9:00AM** as to why the Petition should not be granted.  In their submission, Respondents shall affirm that they have provided the Court with all facts material to Petitioner's claims and Respondents' opposition to the Petition, and shall attach as exhibits all records related to those facts.  Petitioner may reply by March 8, 2026 at 5:00PM.  The Court will then hear argument on the Petition, if necessary, at the conference on **March 10, 2026 at 11:00AM in Courtroom 6E North.**

**SO ORDERED.**

Dated:  March 2, 2026                                              /s/ *Nina R. Morrison*
      Brooklyn, New York                                   Nina R. Morrison
                                        United States District Judge

3